# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3837

_____

Dedi Harianto

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: August 15, 2013
Filed: August 21, 2013
[Unpublished]

_____

Before SMITH, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Indonesian citizen Dedi Harianto petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's decision

denying him asylum and withholding of removal.[1]  After careful review, we find no basis for granting the petition, as the BIA's denial of relief was supported by substantial evidence on the record as a whole.  See La v. Holder, 701 F.3d 566, 570, 572-73 (8th Cir. 2012) (substantial-evidence standard for asylum claim; denial of asylum dictates same outcome on withholding-of-removal claim based on same underlying factual allegations).  Accordingly, we deny the petition for review.  See 8th Cir. R. 47B.

_____

[1]Harianto was also denied relief under the Convention Against Torture, but he does not address this claim in his brief.  See Chay-Velasquez v. Ashcroft, 367 F.3d 751, 756 (8th Cir. 2004) (petitioner waives claim that is not meaningfully raised in opening brief).